IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

HAROLD E. HUFF,

      Appellant,

v.

Case No. 5D22-799
LT Case No. 2019-CF-001741

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Marion County,
Peter M. Brigham, Judge.

Jack R. Maro, of Law Offices of Jack
R. Maro, P.A., Ocala, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Robin A. Compton,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., WALLIS and EISNAUGLE, JJ., concur.